NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: THE PROCTER & GAMBLE COMPANY,**
*Appellant*

---

2015-1680

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00505.

---

## JUDGMENT

---

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by CALVIN P. GRIFFITH, DAVID MICHAEL MAIORANA, Cleveland, OH; STEVEN W. MILLER, The Procter & Gamble Company, Cincinnati, OH.

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, SCOTT WEIDENFELLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  August 8, 2016  | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |